IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL WILLIAMS, | No. C 11-00397 JW (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| vs. | |
| ALAMEDA COUNTY, et al., | |
| Defendants. | |

Plaintiff filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On February 28, 2011, plaintiff filed a notice of withdrawal, stating that he does not wish to proceed with the instant action. (Docket No. 4.)

A plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Said dismissal may be with or without prejudice, but unless plaintiff's notice of dismissal states otherwise, it is deemed to be "without prejudice." See Fed. R. Civ. P. 41(a)(1); Humphreys v. United States, 272 F.2d 411, 412 (9th Cir. 1959). No court order is required. Plaintiff's notice of dismissal is effective by itself to terminate the action: "[A]n action may be dismissed by the plaintiff without order of the court . . . by

Order of Dismissal
N:\Pro - Se & Death Penalty\March 2011\11-00397Williams_vol-dism.wpd

filing a notice of dismissal." Fed. R. Civ. P. 41(a)(1); <u>see</u> <u>also</u> <u>Hamilton v. Shearson- Lehman American Exp. Inc</u>., 813 F.2d 1532, 1534-1536 (9th Cir. 1987) (Rule 41(a)(1)(i) does not require leave of court to dismiss the action).

Plaintiff's notice, which the court construes as his "Notice of Dismissal," was filed before service by the adverse party of an answer. Therefore, the Court finds that plaintiff has the absolute right to dismiss his action voluntarily. <u>See</u> Fed. R. Civ. P. 41(a)(1)(i). Based on plaintiff's request for voluntary dismissal, this action is DISMISSED without prejudice. <u>See</u> <u>id.</u>

The clerk shall terminate all pending motions as moot.

DATED:   March 16, 2011

JAMES WARE
United States District Chief Judge

Order of Dismissal
N:\Pro - Se & Death Penalty\March 2011\11-00397Williams_vol_dism.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIONEL WILLIAMS,<br><br>             Plaintiff,<br><br>   v.<br><br>ALAMEDA COUNTY et al,<br><br>             Defendant.<br>/ | Case Number: CV11-00397 JW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lionel Williams
1550 - 162nd Ave #50
San Leandro, CA 94571

Dated: March 18, 2011

                              Richard W. Wieking, Clerk
                              /s/ By: Elizabeth Garcia, Deputy Clerk

Order of Dismissal
N:\Pro - Se & Death Penalty\March 2011\11-00397Williams_vol-dism.wpd